PHILIP C. WOHLFARTH, Respondent, *v.* GEORGE HILLIARD, Appellant.

*Wohlfarth* v. *Hilliard*, 115 App. Div. 890, affirmed.
(Argued October 24, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Henry L. Brant* for appellant.

*Emil Schneeloch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.